IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARY HIANG                                                                                                     PETITIONER

v.                                  Civil No. 06-2017

JOHN MAPLES, Warden, McPherson
Unit, Arkansas Department of Correction                              RESPONDENT

**O R D E R**

Petitioner Mary Hiang, who has retained counsel, is hereby directed to file a reply to the State's response to petition for writ of habeas corpus on or before April 10, 2006. In particular, Hiang is to respond in full to the State's assertions that the petition is barred by the statute of limitations and/or is subject to dismissal under the doctrine of procedural default.

IT IS SO ORDERED this 23rd day of March 2006.

                                                             /s/Beverly Stites Jones
                                                             HON. BEVERLY STITES JONES
                                                             UNITED STATES MAGISTRATE JUDGE