IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARY HIANG                                                              PETITIONER

Civil No. 06-2017

LARRY NORRIS, Director,
Arkansas Department of Correction                                       RESPONDENT

## **O R D E R**

Comes on for consideration respondent's letter request, attached hereto, for extension of time. Respondent requests additional time, up to and including June 29, 2006, in which to submit a letter brief to the court on the issue of equitable tolling. For reasons set forth in the request, both parties are hereby given up to and including June 29, 2006, in which to submit their letter briefs.

IT IS SO ORDERED this 7th day of June 2006.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE